

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ROBERT CORVINO, JR.,<br><br>      Debtor | Chapter 7<br>Case No. 23-10883-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#24 United States Trustee's Motion To Dismiss Debtor's Chapter 7 Case Under 11 U.S.C. §
707(B)

**Decision set forth more fully as follows:**
Hearing held on September 12, 2023. For the reasons set forth on the record, the Motion is
granted. The case is dismissed.

Dated: September 13, 2023

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge